In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-465 CR


____________________



BRIAN JOSEPH ANDRES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 89474






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Brian Joseph Andres, to
withdraw his appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by appellant
personally and counsel of record is aware of the motion. No opinion has issued in this
appeal. The motion is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered January 19, 2005 

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.